IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv44 |
| | ) | |
| v. | ) | |
| | ) | |
| PHYSICIANS MUTUAL INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by November 21, 2005, file their Report of Parties' Planning Conference.

DATED November 3, 2005.


 /s/  David L. Piester
United States Magistrate Judge