IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BEATRICE HUDSON,

        Plaintiff,               CASE NO. 8:05CV44

vs.

                                       ORDER

PHYSICIANS MUTUAL INSURANCE
COMPANY,

        Defendant.

This matter is before the court on plaintiff's Motion to Extend Time to Answer Defendant's Motion to Dismiss. (Filing No. 14). Plaintiff requests a 30-day extension to file her response to Defendant's Motion to Dismiss.

IT IS HEREBY ORDERED:

1.    Plaintiff's Motion to Extend Time to Answer Defendant's Motion to Dismiss (Filing No. 14) is granted.

2.    Plaintiff will file her Response to Defendant's Motion to Dismiss by December 15, 2005.

DATED this 14th day of November, 2005

                                  BY THE COURT

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge