IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | 8:05CV44 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| PHYSICIANS MUTUAL INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |

The Report of Parties' Planning Conference, filing 16, states that the parties do not consent to trial before a magistrate judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 22nd day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court