IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| Plaintiff, | ) | CASE NO. 8:05CV44 |
| v. | ) | |
| PHYSICIANS MUTUAL INSURANCE COMPANY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on plaintiff's Motion to Proceed with the Filing of Second Amended Complaint (Filing No. 51). In plaintiff's motion she asks this court to withdraw her Motion to Withdraw Filing of Second Amended Complaint. (Filing No. 45). Plaintiff's Motion to Proceed with the Filing of Second Amended Complaint (Filing No. 51) is granted and the court will deem plaintiff's original complaint amended pursuant to Filing No. 38.

IT IS ORDERED:

1. Plaintiff's Motion to Proceed with the Filing of Second Amended Complaint (Filing No. 51) is granted.

2. Plaintiff's Motion to Withdraw filing of second amended complaint (Filing No. 45) is dismissed.

DATED this 31st day of July, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge