IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEATRICE HUDSON,             )<br>                                              )<br>            Plaintiff,           )<br>                                              )<br>      vs.                              )<br>                                              )<br>PHYSICIANS MUTUAL INSURANCE  )<br>COMPANY,                           )<br>                                              )<br>            Defendant.          ) | Case No. 8:05CV44<br><br>**ORDER** |

    THIS MATTER came before the court concerning the Rule 16 planning conference scheduled for September 14, 2006.  Noting that motions for summary judgment and a motion to dismiss are pending,

    **IT IS ORDERED:**

    1.  The Rule 16 planning conference set for September 14, 2006 is cancelled until further order of the court.

    Dated this 13th day of September 2006.

                                                          BY THE COURT:

                                                          s/ F. A. Gossett<br>
                                                          United States Magistrate Judge