IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BEATRICE HUDSON,                         )
                                         )        Case No. 8:05CV44
              Plaintiff,                 )
                                         )
       vs.                               )
                                         )        AMENDED ORDER
PHYSICIANS MUTUAL INSURANCE               )
COMPANY,                                 )
                                         )
              Defendant.                 )

       THIS MATTER came before the court concerning the Rule 16 planning conference
scheduled for September 15, 2006.  Noting that motions for summary judgment and a
motion to dismiss are pending,

       **IT IS ORDERED:**

       1.  The Rule 16 planning conference set for September 15, 2006 is cancelled until
further order of the court.

       Dated this 13th day of September 2006.

                                   BY THE COURT:


                                   s/ F. A. Gossett
                                   United States Magistrate Judge