IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BEATRICE HUDSON,** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 8:05CV44** |
| | ) | |
| v. | ) | |
| | ) | |
| **PHYSICIANS MUTUAL INSURANCE COMPANY,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court on filing no. 67, the plaintiff's post-judgment motion to dismiss. On September 20, 2006, this court entered a Memorandum and Order and Judgment dismissing plaintiff's Second Amended Complaint. (Filing Nos. 65 & 66). Therefore, plaintiff's motion is denied as moot.

IT IS ORDERED:

    1. Plaintiff's Motion to Dismiss (Filing No. 67) is denied as moot;

    2. The Clerk of Court is directed to send a copy of this Order to plaintiff at her last known address.

    DATED this 6th day of October, 2006.

                                                BY THE COURT:

                                               s/ F.A. Gossett
                                               United States Magistrate Judge